A CERTIFIED TRUE COPY
ATTEST

By Debbie Nguyen on Jul 23, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 08, 2010

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
    Jeffrey M. Eno, et al. v. M&I Marshall & Ilsley Bank,
        M.D. Florida, C.A. No. 2:10-376 )   MDL No. 2036
    Michael McKinley v. Great Western Bank,
        W.D. Missouri, C.A. No. 4:10-595

## CONDITIONAL TRANSFER ORDER (CTO-21)

On June 10, 2009, the Panel transferred three civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 626 F.Supp.2d 1333 (J.P.M.L. 2009). Since that time, 50 additional actions have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable James Lawrence King.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge King.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of June 10, 2009, and, with the consent of that court, assigned to the Honorable James Lawrence King.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 23, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION                              MDL No. 2036

PANEL SERVICE LIST (CTO-21)

James M. Crabtree
CRABTREE LAW OFFICE
13420 Santa Fe Trail Drive
Lenexa, KS 66215
**jmc-law@swbell.net**

Barry R. Davidson
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, FL 33131-3136
**bdavidson@hunton.com**

David L. Ferguson
KOPELOWITZ OSTROW FERGUSON
WEISELBERG KEECHL
200 SW 1st Avenue
Suite 1200
Ft. Lauderdale, FL 33301
**ferguson@kolawyers.com**

Robert C. Gilbert
ALTERS BOLDT BROWN RASH
& CULMO PA
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
**bobby@abbrclaw.com**

Laurence J. Hutt
ARNOLD & PORTER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-2513
**laurence.hutt@aporter.com**

Darren T. Kaplan
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street
Atlanta, GA 30309
**dkaplan@chitwoodlaw.com**

Richard D. McCune, Jr.
MCCUNEWRIGHT LLP
2068 Orange Tree Lane
Suite 216
Redlands, CA 92374
**rdm@mccunewright.com**
<rdm@mccunewright.com>

Lisa M. Simonetti
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA 90067-3086
**lacalendar@stroock.com**

Edward M. Waller, Jr.
FOWLER WHITE BOGGS PA
501 E. Kennedy Boulevard
Suite 1700
Tampa, FL 33602
**ewaller@fowlerwhite.com**



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By Graciela Gomez, Deputy Clerk
Date JUL 26 2010